**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION**

| | |
|---|---|
| *IN RE:*  )<br>**NON-JUDICIAL CIVIL FORFEITURE**  )<br>**PROCEEDING**  )<br>  )<br>  )<br>**Assets:** 1:  One (1) Advanced Armament Corp. of  )<br>         Georgia, Model: TI-Rant, .45 caliber  )<br>         silencer, Serial Number: TR453367;  )<br>  )<br>         2:  One (1) Kriss USA Inc. (Transformational  )<br>         Defense Ind.) Model: Vector SBR,  )<br>         .45 caliber rifle, Serial Number: 45R004437;  )<br>  )<br>         3:  One (1) Advanced Armament Corp., Model:  )<br>         Cyclone, 7.62 caliber silencer,  )<br>         Serial Number: C00322;  )<br>  )<br>         4:  One (1) Silencer Co., Model: SALVO 12,  )<br>         silencer, Serial Number: SAL12-FPS-1;  )<br>  )<br>         5:  One (1) Silencer Co., Model: SPEC WAR, 7.62  )<br>         caliber silencer, Serial Number: SW762-FPS-1;  )<br>  )<br>         6:  One (1) Silencer Co., Model: Harvester,  )<br>         silencer, Serial Number: HRV-FPS-1;  )<br>  )<br>         7:  One (1) Silencer Co., Model: SAKER, 7.62  )<br>         caliber silencer, Serial Number: SKR762-FPS-1; )<br>  )<br>         8:  One (1) Silencer Co., Model: Sparrow, 22  )<br>         caliber silencer, Serial Number: SPS-FPS-1;  )<br>  )<br>         9:  One (1) SRM, Inc. (SRM ARMS), Model:  )<br>         SRM 1216, 12 gauge shotgun,  )<br>         Serial Number: A000652;  )<br>  )<br>         10: One (1) SRM, Inc. (SRM ARMS), Model:  )<br>         SRM 1216, 12 gauge shotgun,  )<br>         Serial Number: C000155;  )<br>  )<br>  ) | **MISC NO.:**  3:17-mc-3 |

|  |  |
|---|---|
| ATF Case No.: 760545-17-0024 | )<br>)<br>) |
| Seized: August 7, 2017,<br>Carnesville, Georgia; | )<br>)<br>) |
| Referred for judicial action. | )<br>)<br>) |
| FPS Industries Global, LLC,<br>Kyle Myers, Member Manager<br>    Claimant. | )<br>)<br>)<br>) |


ATF Case No.:  760545-17-0024                                    )
                                                                 )
                                                                 )
Seized: August 7, 2017,                                          )
Carnesville, Georgia;                                            )
                                                                 )
Referred for judicial action.                                    )
                                                                 )
FPS Industries Global, LLC,                                      )
Kyle Myers, Member Manager                                       )
      Claimant.                                                  )
                                                                 )

## UNITED STATES' MOTION TO EXTEND TIME TO COMMENCE JUDICIAL ACTION

COMES NOW, Plaintiff, the United States of America, by and through its attorney, the United States Attorney for the Middle District of Georgia, and hereby moves as authorized by Title 18, United States Code, Section 983(a)(3)(A), and for good cause, to extend the time in which the United States is required to commence a judicial action regarding certain property to which an administrative claim has been filed by Claimant FPS Industries Global, LLC, through Kyle Myers, Member Manager, in a non-judicial civil forfeiture proceeding with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives.

As required by LR 7.1, MDGa., an accompanying Memorandum of Law in Support of the United States of America's Motion to Extend Time to Commence Judicial Action which provides good cause for such an extension, and a proposed order are filed herewith.

SO MOVED, December 22, 2017.

        CHARLES E. PEELER
        UNITED STATES ATTORNEY


By:   s/ DANIAL E. BENNETT
       ASSISTANT UNITED STATES ATTORNEY
       GEORGIA STATE BAR NO.: 052683
       UNITED STATES ATTORNEY'S OFFICE
       Post Office Box 1702
       Macon, Georgia 31202-1702
       Telephone: (478) 752-3511
       Facsimile: (478) 621-2712

## CERTIFICATE OF SERVICE

I, Danial E. Bennett, Assistant United States Attorney, hereby certify that on the 22nd day of December, 2017, I electronically filed the within and foregoing **Motion to Extend Time to Commence Judicial Action, Memorandum of Law and proposed Order** with the Clerk of the Court using the CM/ECF system.

I also certify that I have mailed by the United States Postal Service the filed document to the following non-CM/ECF participants:

FPS Industries, Global, LLC
c/o Kyle Myers
695 Hayes Road
Carnesville, Georgia  30521

Kyle Myers
7643 Royston Road
Carnesville, Georgia  30521-8800

in a properly addressed envelope, with sufficient postage attached to ensure delivery.

THIS 22nd day of December, 2017.

CHARLES E. PEELER
UNITED STATES ATTORNEY

By:   s/ DANIAL E. BENNETT
ASSISTANT UNITED STATES ATTORNEY
GEORGIA STATE BAR NO.:  052683
UNITED STATES ATTORNEY'S OFFICE
Post Office Box 1702
Macon, Georgia 31202-1702
Telephone: (478) 752-3511
Facsimile: (478) 621-2712